UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID A. ROURKE

v.  CA 09-293 ML

STATE OF RHODE ISLAND, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Almond on August 4, 2009. This Court finds no merit in Plaintiff's objection (which he styles as an appeal). The Court, therefore, adopts the Report and Recommendation in its entirety. The Complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
August 21, 2009